*MHN*

**PRISONER CASE**



**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
## Civil Cover Sheet

**⌐ FILED**

SEP - 2 2008
SEP - 2 2008
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**Plaintiff(s):**        United States ex. rel
                         RONALD RUHL

**Defendant(s):**        TERRY McCANN

**County of Residence:**        WILL

**County of Residence:**

**Plaintiff's Address:**

Ronald Ruhl
R-12207
Stateville - STV
P.O. Box 112
Joliet, IL 60434

**Defendant's Attorney:**

Chief of Criminal Appeals
Illinois Attorney General's Office
100 West Randolph, 12th Floor
Chicago, IL 60601

**Basis**
**of Jurisdiction:**    ☐ 1. U.S. Government Plaintiff    ☑ 3. Federal Question
                                                              (U.S. gov't. not a party)

                        ☐ 2. U.S. Government Defendant    ☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

                **Plaintiff:**

                **Defendant:**

## 08CV4980
## JUDGE HOLDERMAN
## MAG. JUDGE COLE

**Origin:**    ☑ 1. Original Proceeding            ☐ 5. Transferred From Other District

               ☐ 2. Removed From State Court       ☐ 6. MultiDistrict Litigation

               ☐ 3. Remanded From Appellate Court  ☐ 7. Appeal to District Judge from
                                                        Magistrate Judgment

               ☐ 4. Reinstated or Reopened

**Nature of Suit:** 530 Habeas Corpus

**Cause of Action:** 28:2254

**Jury Demand:**    ☐ Yes    ☑ No

**Signature:**  *Za Ch*        **Date:** 9/2/08