MHN

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

FILED
SEP 02 2008
SEP 02 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Ronald Ruhl, R-12207
Plaintiff

v.

Terry McCann
Defendant(s)

08CV4980
JUDGE HOLDERMAN
MAG. JUDGE COLE

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, Ronald Ruhl, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒Yes    ☐No    (If "No," go to Question 2)
   I.D. #R-12207        Name of prison or jail: Stateville Correctional Center
   Do you receive any payment from the institution? ☒Yes ☐No   Monthly amount: 10⁰⁰

2. Are you currently employed?      ☐Yes       ☒No
   Monthly salary or wages:_____
   Name and address of employer:_____

   a. If the answer is "No":
      Date of last employment: Jan, 2002
      Monthly salary or wages: 3800⁰⁰ Month
      Name and address of last employer: National Restoration
      Spring Grove, IL    Rt. 12

   b. Are you married?            ☐Yes       ☒No
      Spouse's monthly salary or wages:_____
      Name and address of employer:_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a.  Salary or wages
       Amount_____ Received by_____            ☐Yes    ☒No

    b.    ☐ Business, ☐ profession or ☐ other self-employment    ☐Yes    ☒No
    Amount_____ Received by_____

    c.    ☐ Rent payments, ☐ interest or ☐ dividends    ☐Yes    ☒No
    Amount_____ Received by_____

    d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
            ☐Yes    ☒No
    Amount_____ Received by_____

    e.    ☒ Gifts or ☐ inheritances    ☒Yes    ☐No
    Amount $800.00 - 1200.00 Received by Myself, from family

    f.    ☐ Any other sources (state source: _____ )    ☐Yes    ☐No
    Amount_____ Received by_____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?    ☐Yes    ☒No    Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?    ☐Yes    ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐Yes    ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
            ☐Yes    ☒No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents
_____
_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: Aug 14th 2008

_____
Signature of Applicant

Ronald Ruhl, R-12207
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Ronald Ruhl, I.D.# R12207, has the sum of $143.16 on account to his/her credit at (name of institution) Stateville.
I further certify that the applicant has the following securities to his/her credit: ___—___. I further certify that during the past six months the applicant's average monthly deposit was $198.51.
(Add all deposits from all sources and then divide by number of months).

8-14-08
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER

T. Cirricione
(Print name)

rev. 10/10/2007

Date: 8/14/2008  
Time: 9:44am  
d_list_inmate_trans_statement_composite  

**Stateville Correctional Center**  
**Trust Fund**  
Inmate Transaction Statement  

Page 1

REPORT CRITERIA - Date: 02/14/2008 thru End;   Inmate: R12207;   Active Status Only ? : No;   Print Restrictions ? : Yes;  
Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print  
Balance Errors Only ? : No  

**Inmate: R12207 Ruhl, Ronald E.**                    **Housing Unit: STA-C -04-47**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 65.52 |
| 02/17/08 | Mail Room | 10 Western Union | 048200 | 2937810780 | MORTON, SANDRA M | 200.00 | 265.52 |
| 02/18/08 | Point of Sale | 60 Commissary | 049783 | 526346 | Commissary | -75.58 | 189.94 |
| 02/22/08 | Disbursements | 84 Library | 053390 | Chk #138892 | C020041, DOC: 523 Fund Library, Inv. Date: 02/20/2008 | -.90 | 189.04 |
| 02/22/08 | Disbursements | 80 Postage | 053390 | Chk #138916 | C0219063, DOC: 523 Fund Inmate, Inv. Date: 02/19/2008 | -2.04 | 187.00 |
| 02/27/08 | Disbursements | 90 Medical Co-Pay | 058390 | Chk #138991 | j0225368, DOC: 523 Fund Reimbu, Inv. Date: 02/25/2008 | -2.00 | 185.00 |
| 03/03/08 | Point of Sale | 60 Commissary | 0637135 | 527537 | Commissary | -73.45 | 111.55 |
| 03/10/08 | Payroll | 20 Payroll Adjustment | 070190 | | P/R month of 02/2008 | 9.86 | 121.41 |
| 03/10/08 | Point of Sale | 60 Commissary | 0707142 | 528721 | Commissary | -73.68 | 47.73 |
| 03/11/08 | Disbursements | 80 Postage | 071390 | Chk #139207 | g0310072, DOC: 523 Fund Inmate, Inv. Date: 03/10/2008 | -.34 | 47.39 |
| 03/14/08 | Disbursements | 88 Nicotine Supp | 074390 | Chk #139324 | w 0313 015, Inmate Benefit Fun, Inv. Date: 03/13/2008 | -27.84 | 19.55 |
| 03/17/08 | Point of Sale | 60 Commissary | 077783 | 529796 | Commissary | -19.48 | .07 |
| 03/18/08 | Mail Room | 10 Western Union | 078200 | 7117534450 | MORTON, SANDRA M | 300.00 | 300.07 |
| 03/25/08 | Disbursements | 80 Postage | 085390 | Chk #139503 | g0321030, DOC: 523 Fund Inmate, Inv. Date: 03/21/2008 | -.34 | 299.73 |
| 03/31/08 | Disbursements | 80 Postage | 091390 | Chk #139594 | C0331003, DOC: 523 Fund Inmate, Inv. Date: 03/31/2008 | -.25 | 299.48 |
| 04/01/08 | Disbursements | 88 replacement headphones | 092390 | Chk #139629 | C0401052, SONY Electronics. In, Inv. Date: 04/01/2008 | -7.00 | 292.48 |
| 04/03/08 | Disbursements | 80 Postage | 094390 | Chk #139670 | C0401069, DOC: 523 Fund Inmate, Inv. Date: 04/01/2008 | -.17 | 292.31 |
| 04/07/08 | Payroll | 20 Payroll Adjustment | 098190 | | P/R month of 03/2008 | 8.16 | 300.47 |
| 04/08/08 | Point of Sale | 60 Commissary | 0997135 | 531704 | Commissary | -24.76 | 275.71 |
| 04/08/08 | Mail Room | 01 MO/Checks (Not Held) | 0992175 | 57386104370 | Ruhl, Rita | 50.00 | 325.71 |
| 04/10/08 | Disbursements | 88 payment | 101390 | Chk #139835 | C0409074, Ruhl, Rita, Inv. Date: 04/09/2008 | -100.00 | 225.71 |
| 04/11/08 | Disbursements | 84 Library | 102390 | Chk #139853 | C0410073, DOC: 523 Fund Librar, Inv. Date: 04/10/2008 | -.05 | 225.66 |
| 04/11/08 | Disbursements | 84 Library | 102390 | Chk #139853 | C0410089, DOC: 523 Fund Librar, Inv. Date: 04/10/2008 | -2.75 | 222.91 |
| 04/16/08 | Point of Sale | 60 Commissary | 107783 | 532911 | Commissary | -105.78 | 117.13 |
| 04/25/08 | Point of Sale | 60 Commissary | 1167150 | 534566 | Commissary | -80.87 | 36.26 |
| 05/08/08 | Point of Sale | 60 Commissary | 1297137 | 535752 | Commissary | -31.25 | 5.01 |
| 05/13/08 | Mail Room | 10 Western Union | 134200 | 2347807360 | MORTON, SANDRA M | 200.00 | 205.01 |
| 05/13/08 | Payroll | 20 Payroll Adjustment | 1341148 | | P/R month of 04/2008 | 4.08 | 209.09 |
| 05/16/08 | Point of Sale | 60 Commissary | 137783 | 537550 | Commissary | -28.56 | 180.53 |
| 05/21/08 | Point of Sale | 60 Commissary | 1427135 | 538698 | Commissary | -.22 | 180.31 |
| 05/21/08 | Point of Sale | 60 Commissary | 1427137 | 538810 | Commissary | -27.74 | 152.57 |
| 05/30/08 | Disbursements | 84 Library | 151337 | Chk #140695 | w 0527 067, DOC: 523 Fund Libr, Inv. Date: 05/27/2008 | -1.90 | 150.67 |
| 05/30/08 | Disbursements | 90 Medical Co-Pay | 151337 | Chk #140699 | C0527039, DOC: 523 Fund Reimbu, Inv. Date: 05/27/2008 | -2.00 | 148.67 |
| 06/05/08 | Point of Sale | 60 Commissary | 1577137 | 540172 | Commissary | -49.87 | 98.80 |
| 06/10/08 | Payroll | 20 Payroll Adjustment | 1621148 | | P/R month of 05/2008 | 10.00 | 108.80 |
| 06/11/08 | Mail Room | 10 Western Union | 163200 | 6403540222 | MORTON, SANDRA M | 200.00 | 308.80 |
| 06/12/08 | Point of Sale | 60 Commissary | 164783 | 541359 | Commissary | -53.52 | 255.28 |
| 06/13/08 | Point of Sale | 60 Commissary | 1657135 | 541700 | Commissary | -.03 | 255.25 |
| 06/19/08 | Point of Sale | 60 Commissary | 1717137 | 542368 | Commissary | -35.71 | 219.54 |
| 06/25/08 | Disbursements | 88 payment | 1773148 | Chk #141131 | C0625012, Ruhl, Collin Morton, Inv. Date: 06/25/2008 | -50.00 | 169.54 |

Date: 8/14/2008
Time: 9:44am
d_list_inmate_trans_statement_composite

**Stateville Correctional Center**
**Trust Fund**
Inmate Transaction Statement

Page 2

REPORT CRITERIA - Date: 02/14/2008 thru End;   Inmate: R12207;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: R12207 Ruhl, Ronald E.**                           **Housing Unit: STA-C -04-47**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 06/25/08 | Disbursements | 88 payment | 1773148 | Chk #141138 | C0625019, Ruhl, Madisyn Morton, Inv. Date: 06/25/2008 | -50.00 | 119.54 |
| 06/30/08 | Disbursements | 84 Library | 182337 | Chk #141192 | C0624044, DOC: 523 Fund Librar, Inv. Date: 06/24/2008 | -1.20 | 118.34 |
| 06/30/08 | Disbursements | 84 Library | 182337 | Chk #141192 | C0619078, DOC: 523 Fund Librar, Inv. Date: 06/19/2008 | -.75 | 117.59 |
| 06/30/08 | Disbursements | 84 Library | 182337 | Chk #141192 | C0630061, DOC: 523 Fund Librar, Inv. Date: 06/30/2008 | -.80 | 116.79 |
| 06/30/08 | Disbursements | 84 Library | 182337 | Chk #141192 | C0619072, DOC: 523 Fund Librar, Inv. Date: 06/19/2008 | -.75 | 116.04 |
| 07/08/08 | Point of Sale | 60 Commissary | 190783 | 543457 | Commissary | -50.32 | 65.72 |
| 07/10/08 | Payroll | 20 Payroll Adjustment | 1921148 | | P/R month of 06/2008 | 8.64 | 74.36 |
| 07/13/08 | Mail Room | 10 Western Union | 195200 | 0282599549 | MORTON, SANDRA M | 200.00 | 274.36 |
| 07/16/08 | Point of Sale | 60 Commissary | 198783 | 544704 | Commissary | -27.21 | 247.15 |
| 07/22/08 | Disbursements | 84 Library | 204337 | Chk #141536 | C0717065, DOC: 523 Fund Librar, Inv. Date: 07/17/2008 | -.75 | 246.40 |
| 07/31/08 | Disbursements | 80 Postage | 213337 | Chk #141665 | g0723171, DOC: 523 Fund Inmate, Inv. Date: 07/23/2008 | -4.02 | 242.38 |
| 07/31/08 | Point of Sale | 60 Commissary | 213720 | 545763 | Commissary | -63.57 | 178.81 |
| 08/07/08 | Point of Sale | 60 Commissary | 2207142 | 547103 | Commissary | -35.99 | 142.82 |
| 08/12/08 | Payroll | 20 Payroll Adjustment | 2251154 | | P/R month of 07/2008 | .34 | 143.16 |

|  |  |
|---:|---:|
| **Total Inmate Funds:** | 143.16 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | .00 |
| **Funds Available:** | 143.16 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |